**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 16-2357**

---

ALLEN BARZAK, Boater's Aid Music Fest.,

Plaintiff - Appellant,

v.

COUNTY COMMISSIONERS WORCESTER COUNTY, MARYLAND,

Defendant - Appellee.

---

Appeal from the United States District Court for the District of Maryland, at Baltimore.  J. Frederick Motz, Senior District Judge.  (1:16-cv-02062-JFM)

---

Submitted:  April 27, 2017                              Decided:  May 11, 2017

---

Before GREGORY, Chief Judge, and DIAZ and FLOYD, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Allen Barzak, Appellant Pro Se.  Michael B. Rynd, Victoria M. Shearer, KARPINSKI, COLARESI & KARP, PA, Baltimore, Maryland, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Allen Barzak seeks to appeal the district court's order granting Defendant's motion to dismiss. We dismiss the appeal for lack of jurisdiction because the notice of appeal was not timely filed.

Parties are accorded 30 days after the entry of the district court's final judgment or order to note an appeal, Fed. R. App. P. 4(a)(1)(A), unless the district court extends the appeal period under Fed. R. App. P. 4(a)(5), or reopens the appeal period under Fed. R. App. P. 4(a)(6). "[T]he timely filing of a notice of appeal in a civil case is a jurisdictional requirement." *Bowles v. Russell*, 551 U.S. 205, 214 (2007).

The district court's order was entered on the docket on October 24, 2016. The notice of appeal was filed on November 28, 2016. Because Barzak failed to file a timely notice of appeal or to obtain an extension or reopening of the appeal period, we dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*